ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN M. TURK
Special Assistant United States Attorney (#131517)
          333 Market Street, Suite 1500
          San Francisco, California 94105
          Tel: (415) 977-8935
          Fax: (415) 744-0134
          E-Mail: jean.turk@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RUSSELL REYNOLDS,<br>          Plaintiff,<br><br>          v.<br><br>MICHAEL J. ASTRUE,  Commissioner<br>of Social Security Administration,<br><br>          Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CV 10-08510 AJW

**<u>JUDGMENT OF REMAND</u>**

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: _____May 16, 2011

_____
HON. ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE

-1-