JERRY PERSKY
California State Bar No. 96574
5657 Wilshire Boulevard, Suite 410
Los Angeles, California 90036
Telephone No. (323) 938-4000
Facsimile No. (323) 938-4068
E-mail address: jpersky48@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL REYNOLDS, | NO. CV 10-8510 AJW |
| Plaintiff, | ORDER AWARDING EAJA ATTORNEY FEES |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Pursuant to the parties' Stipulation for an Award of Attorney Fees under the Equal Access to Justice Act (EAJA), plaintiff's counsel, as plaintiff's assignee, is awarded EAJA fees in the amount of two thousand five hundred dollars and no cents ($2,500.00).

**IT IS SO ORDERED.**

July 5, 2011

ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE